**Fill in this information to identify the case:**

Debtor 1   Robert McNair
Debtor 2
(Spouse, if filing)
United States Bankruptcy Court   **District of Oregon**
Case number: **19–30102**

FILED
U.S. Bankruptcy Court
District of Oregon

3/7/2019

Charlene M. Hiss, Clerk

Official Form 410
# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | Platte County Missouri Prop. Tax <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor | |
| 2. Has this claim been acquired from someone else? | ☑ No <br> ☐ Yes. From whom? | |
| 3. Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br> Platte County Missouri Prop. Tax <br> Name <br><br> Attn: Bankruptcy <br> 415 Third Street <br> Platte City, MO 64079 <br><br> Contact phone  816–858–3356 <br> Contact email <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): | **Where should payments to the creditor be sent?** (if different) <br><br> Name <br><br><br><br><br> Contact phone <br> Contact email |
| 4. Does this claim amend one already filed? | ☑ No <br> ☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____ <br> MM / DD / YYYY | |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No <br> ☐ Yes. Who made the earlier filing? | |

Official Form 410                                Proof of Claim                                page 1

**Part 2:  Give Information About the Claim as of the Date the Case Was Filed**

| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:     5660 |
|---|---|
| 7. **How much is the claim?** | $ 2894.92     **Does this amount include interest or other charges?**<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>      Tax |
| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>   **Nature of property:**<br>   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>   ☐ Motor vehicle<br>   ☐ Other. Describe:<br><br>   **Basis for perfection:**<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $<br>**Amount of the claim that is secured:** $<br>**Amount of the claim that is unsecured:** $    (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $<br><br>**Annual Interest Rate** (when case was filed)     %<br>☐ Fixed<br>☐ Variable |
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ |
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: |

Official Form 410           Proof of Claim           page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No<br>☑ Yes. *Check all that apply*: | **Amount entitled to priority** |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 2894.92 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☐ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  3/7/2019
MM / DD / YYYY

/s/  /s/Tom McAvity
Signature

Print the name of the person who is completing and signing this claim:

Name: /s/Tom McAvity
First name  Middle name  Last name

Title: Attorney for Debtor

Company: NW Debt Relief
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: 1312 Main St
Number  Street
Vancouver, WA 98660
City  State  ZIP Code

Contact phone: 503–232–5303  Email: tom@nwrelief.com

Official Form 410  Proof of Claim  page 3



# PLATTE COUNTY TAX STATEMENT

## 2017 PERSONAL PROPERTY



**Sheila L. Palmer, Collector**
Administrative Building
415 Third St. Room 212
Platte City, MO 64079
PHONE: 816-858-3356

ACCOUNT#: 8 P 375660
TAX DISTRICT#: 13

MCNAIR, ROBERT SCOTT
8626 N MERSINGTON LN
KANSAS CITY MO  64156

**DELINQ YEARS:**

### Property Owned on January 1, 2017

| Year | Property Description | VIN Number | Assessed | Tax |
|---|---|---|---|---|
| 2013 | CHEVROLET SILVERADO 1500- | 1GC3K0C88DF216366 | 5870 | 489.30 |
| 2016 | SANIBEL CAMPFW 42' 42' | 5ZT3SN3B0GG702224 | 13250 | 1104.45 |
| 2013 | ACURA TL SEDAN 4D TECHNOL | 19UUA9F53DA004065 | 6480 | 540.14 |
| 2015 | MAZDA MAZDA3 SEDAN 4D I T | JM1BM1V79F1248114 | 4330 | 360.93 |
| 2008 | FORD F350 SUPER DUTY-V8 S | 1FTWX31R78EA69979 | 4800 | 400.11 |

**TOTAL VALUATION**  34,730

| Tax District | Levy per $100 | Total Tax |
|---|---|---|
| State Blind Pension Fund | 0.0300 | 10.42 |
| County | 0.0600 | 20.84 |
| Health Department | 0.0783 | 27.19 |
| PC Board of Svcs for Dev Disabled | 0.1273 | 44.21 |
| Mental Health | 0.0979 | 34.00 |
| Mid-Continent Public Library | 0.3963 | 137.63 |
| Senior Citizen Levy | 0.0490 | 17.02 |
| Park Hill School | 5.4035 | 1876.64 |
| Parkville Special Road | 0.2629 | 91.31 |
| Kansas City | 1.6006 | 555.89 |
| Metropolitan Community Colleges | 0.2297 | 79.77 |
| **Total Tax Rate** | **8.3355** | |

**Total Due By: 12/31/2017**   2,894.92
Date Printed: 08/20/2018

### Methods of Payment
- **Online** @ www.plattecountycollector.com
- **By Mail** (Must be USPS postmarked by December 31st to avoid penalty and interest.) Checks must include name, address, telephone number and drivers license number. **Non-clearance of check(s) voids receipt(s).**
- **Drop Box** 24 hrs./day  7 days/week
- **In Person** Monday-Friday 8 a.m. - 5 p.m.
- **By Phone** 1-800-652-0405 and follow prompts. Use County Number 10 when prompted. PIN for telephone payment: 11724290

Failure to receive a tax statement does not exempt you from paying taxes when due.
To avoid additional penalties and interest, find and correct all errors and omissions before December 31st.

---

**RETURN BOTTOM PORTION**   **KEEP TOP PORTION**   **PAID RECEIPT WILL BE RETURNED UPON PAYMENT**

### 2017 PLATTE COUNTY PERSONAL PROPERTY STATEMENT



MCNAIR, ROBERT SCOTT
8626 N MERSINGTON LN
KANSAS CITY MO  64156

**DELINQ YEARS:**

Pay this total prior to January 1, 2018 :   2,894.92

**After December 31st, Pay With Penalty and Interest as Follows:**

| 2017 TAX PAID IN 2018 | |
|---|---|
| January | 3,218.57 |
| February | 3,281.68 |
| March | 3,344.80 |
| April | 3,407.90 |